**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| In re:   Heather C Vizena | § | Case No. 9:18-bk-10303-FMD |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/30/2018. The undersigned trustee was appointed on 12/04/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       4,150.75

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemption paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 4,150.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 04/22/2019 and the deadline for filing governmental claims was 05/29/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,037.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,037.69, for a total compensation of $1,037.69.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $54.58, for total expenses of $54.58.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2020                  By: /s/ LUIS E. RIVERA II
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1        Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

**Case Number:** 18-10303 CED
**Case Name:** Heather C Vizena
**Period Ending:** 02/20/20

**Trustee:** LUIS E. RIVERA II
**Filed (f) or Converted (c):** 11/30/18 (f)
**§341(a) Meeting Date:** 01/15/19
**Claims Bar Date:** 04/22/19

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 GMC Sierra 3500 mileage: 41000 Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 20,110.00 | 0.00 | | 0.00 | FA |
| 2 | 2016 GMC Yukon mileage: 24000 Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 40,650.00 | 270.00 | | 0.00 | FA |
| 3 | Master Bedroom Set, child bedroom set, 1 kitchen table, 10 chairs, 2 bar stools, 1 couch, coffee pot, silverware, kitchenware, dishes and glassware, pots and pans,, misc. decorations Location: 3786 Costa Maya Way #202 Estero, FL 33928 | 900.00 | 0.00 | | 0.00 | FA |
| 4 | 4 Television sets Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes of Debtor Location: 3786 Costa Maya Way #202 Estero, FL 33928 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Womans Movado Watch | 200.00 | 200.00 | | 0.00 | FA |
| 7 | Cash<br>Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Wells Fargo Checking #4706 Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 347.00 | 0.00 | | 0.00 | FA |
| 9 | Wells Fargo Account #4035 | 29.00 | 0.00 | | 0.00 | FA |
| 10 | Empower Retirement 401K Location: 3786 Costa Maya Way Unit #202, Estero FL 33928 | 20,554.42 | 0.00 | | 0.00 | FA |
| 11 | 2018 Income Tax Refund TBDFederal<br>(see footnote) | Unknown | 4,150.75 | | 4,150.75 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$83,290.42** | **$4,620.75** | | **$4,150.75** | **$0.00** |

Regarding Property #11   Refund = $4536.  Estate's interest = 334/365.

**Major activities affecting case closing:**
Paid refund of non-estate portion of tax refund to Debtor.  <12/9/2019, 11:24:58 PM - LR-435>

Rev'd 2018 tax return. March 6, 2018 (LR)

Filed Notice of Assets.  Jan. 17, 2019 (LR)

Prepare 2018 tax intercept letter 1/16/2019 - Anne Migliore

**FORM 1**     Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**     Page: 2

[Anne Migliore 2019-01-16 18:51:33]

**Initial Projected Date of Final Report (TFR):** December 31, 2020     **Current Projected Date of Final Report (TFR):** December 31, 2020

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| **Case Number:** | 18-10303 CED | **Trustee:** | LUIS E. RIVERA II |
|---|---|---|---|
| **Case Name:** | Heather C Vizena | **Bank Name:** | Signature Bank |
| | | **Account:** | ******1954 - Checking |
| **Taxpayer ID#:** | **-***0855 | **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Period Ending:** | 02/20/20 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/07/19 | Asset #11 | United States Treasury | Tax refund turned over by IRS per tax intercept letter. | 1124-000 | 4,536.00 | | 4,536.00 |
| 12/09/19 | Asset #11 1001 | Heather C Vizena | Refund of non-estate portion of 2018 tax refund | 1124-000 | -385.25 | | 4,150.75 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | | 4,150.75 | 0.00 | $4,150.75 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | **Subtotal** | | 4,150.75 | 0.00 | |
| | Less: Payment to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$4,150.75** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1954** | 4,150.75 | 0.00 | 4,150.75 |
| | $4,150.75 | $0.00 | $4,150.75 |

# Exhibit C
# Claims Register

**Case: 18-10303-CED    Heather C Vizena**

Total Proposed Payment: $4,150.75          Claims Bar Date: 04/22/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
|  | LUIS E. RIVERA II<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>06/12/19 |  | $1,037.69<br>$1,037.69 | $0.00<br>$1,037.69 | $1,037.69 |
|  | LUIS E. RIVERA II<br>P.O. Box 1026<br>Fort Myers, FL 33902-1026<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>02/20/20 |  | $54.58<br>$54.58 | $0.00<br>$54.58 | $54.58 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>01/25/19 |  | $1,463.96<br>$1,463.96 | $0.00<br>$32.84 | $1,463.96 |
| 2 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>02/08/19 |  | $14,089.02<br>$14,089.02 | $0.00<br>$316.08 | $14,089.02 |
| 3 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/01/19 |  | $422.75<br>$422.75 | $0.00<br>$9.48 | $422.75 |
| 4 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/09/19 |  | $3,093.88<br>$3,093.88 | $0.00<br>$69.41 | $3,093.88 |
| 5 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/11/19 |  | $2,441.51<br>$2,441.51 | $0.00<br>$54.77 | $2,441.51 |
| 6 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/13/19 |  | $1,338.92<br>$1,338.92 | $0.00<br>$30.04 | $1,338.92 |
| 7 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/14/19 |  | $7,016.63<br>$7,016.63 | $0.00<br>$157.41 | $7,016.63 |

# Exhibit C
# Claims Register
### Case: 18-10303-CED    Heather C Vizena

Total Proposed Payment: $4,150.75      Claims Bar Date: 04/22/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | American Express National Bank, AENB<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1041<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/15/19 | | $11,368.90<br>$11,368.90 | $0.00<br>$255.05 | $11,368.90 |
| 9 | American Express National Bank, AENB<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1041<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/15/19 | | $1,393.90<br>$1,393.90 | $0.00<br>$31.27 | $1,393.90 |
| 10 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/21/19 | | $11.74<br>$11.74 | $0.00<br>$0.26 | $11.74 |
| 11 | American Express National Bank, AENB<br>c/o Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810-1041<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>03/22/19 | | $11,653.00<br>$11,653.00 | $0.00<br>$261.43 | $11,653.00 |
| 12 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/16/19 | | $1,070.00<br>$1,070.00 | $0.00<br>$24.00 | $1,070.00 |
| 13 | PYOD, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/16/19 | | $619.37<br>$619.37 | $0.00<br>$13.89 | $619.37 |
| 14 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/17/19 | | $12,246.48<br>$12,246.48 | $0.00<br>$274.74 | $12,246.48 |
| 15 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/17/19 | | $1,267.75<br>$1,267.75 | $0.00<br>$28.44 | $1,267.75 |
| 16 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>04/19/19 | | $5,944.54<br>$5,944.54 | $0.00<br>$133.36 | $5,944.54 |

# Exhibit C
# Claims Register
### Case: 18-10303-CED    Heather C Vizena

Total Proposed Payment: $4,150.75  
Claims Bar Date: 04/22/19

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 17 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117<br>7100-00  General Unsecured § 726(a)(2), 610 | Unsecured<br>04/19/19 | | $3,240.87<br>$3,240.87 | $0.00<br>$72.71 | $3,240.87 |
| 18 | State of Michigan, Department of Treasury<br>3030 W Grand Blvd Ste 10-200<br>Detroit, MI 48202<br>5800-00  Claims of Governmental Units, 570 | Priority<br>06/20/19 | | $1,293.30<br>$1,293.30 | $0.00<br>$1,293.30 | $1,293.30 |
| | | | Case Total: | $81,068.79 | $0.00 | $81,068.79 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 18-10303-CED
Case Name: Heather C Vizena
Trustee Name: LUIS E. RIVERA II

**Balance on hand:** $ 4,150.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,150.75

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LUIS E. RIVERA II | 1,037.69 | 0.00 | 1,037.69 |
| Trustee, Expenses - LUIS E. RIVERA II | 54.58 | 0.00 | 54.58 |

Total to be paid for chapter 7 administration expenses: $ 1,092.27
Remaining balance: $ 3,058.48

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | **NONE** | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 3,058.48

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,293.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | State of Michigan, Department of Treasury | 1,293.30 | 0.00 | 1,293.30 |

Total to be paid for priority claims: $ 1,293.30
Remaining balance: $ 1,765.18

**UST Form 101-7-TFR (05/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,683.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,463.96 | 0.00 | 32.84 |
| 2 | Capital One Bank (USA), N.A. | 14,089.02 | 0.00 | 316.08 |
| 3 | Capital One, N.A. | 422.75 | 0.00 | 9.48 |
| 4 | UNITED STATES DEPARTMENT OF EDUCATION | 3,093.88 | 0.00 | 69.41 |
| 5 | American Express National Bank | 2,441.51 | 0.00 | 54.77 |
| 6 | American Express National Bank | 1,338.92 | 0.00 | 30.04 |
| 7 | Wells Fargo Bank, N.A. | 7,016.63 | 0.00 | 157.41 |
| 8 | American Express National Bank, AENB | 11,368.90 | 0.00 | 255.05 |
| 9 | American Express National Bank, AENB | 1,393.90 | 0.00 | 31.27 |
| 10 | Ashley Funding Services, LLC | 11.74 | 0.00 | 0.26 |
| 11 | American Express National Bank, AENB | 11,653.00 | 0.00 | 261.43 |
| 12 | PYOD, LLC | 1,070.00 | 0.00 | 24.00 |
| 13 | PYOD, LLC | 619.37 | 0.00 | 13.89 |
| 14 | Synchrony Bank | 12,246.48 | 0.00 | 274.74 |
| 15 | Synchrony Bank | 1,267.75 | 0.00 | 28.44 |
| 16 | Citibank, N.A. | 5,944.54 | 0.00 | 133.36 |
| 17 | Citibank, N.A. | 3,240.87 | 0.00 | 72.71 |

Total to be paid for timely general unsecured claims: $ 1,765.18
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-TFR (05/1/2011)**

| | |
|---|---|
| **NONE** | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $           0.00 |
| Remaining balance: | $           0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $           0.00 |
| Remaining balance: | $           0.00 |

**UST Form 101-7-TFR (05/1/2011)**