UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

Heather C Vizena

Chapter 7
Case No.  9:18-bk-10303-FMD

Debtor(s)

_____/

## REPORT OF UNDISBURSED FUNDS

COMES NOW, Luis E. Rivera, II, as Trustee in Bankruptcy, and pursuant to 11 U.S.C. § 347(a) and Rule 3010, Federal Rules of Bankruptcy Procedure, reports that he will deposit the total sum set forth below with the Clerk of Court, which sum represents small dividends as defined in Rule 3010(a).  The names and addresses of the claimants, if known, and the amounts which they would be entitled to be paid are as follows:

| Claim No | Name of Creditor | Allowed Claim | Dividend |
|---|---|---|---|
| 10 | **Ashley Funding Services, LLC** | $11.74 | $0.26 |
|  | **TOTAL:** | $11.74 | $0.26 |

I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was provided electronically to: Michael J Rich, 2045 McGregor Boulevard, Fort Myers, FL 33901, and U.S. Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602, and was provided by U.S. Mail to: Heather C Vizena, 3786 COSTA MAYA WAY, UNIT 202, ESTERO, FL 33928.

/s/ Luis E. Rivera II
Luis E. Rivera II, Trustee
Florida Bar No. 0013913
Post Office Box 1026
Fort Myers, Florida 33902
239.254.8466